CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 7:05CR00078 |
| | ) | (Case No. 7:16CV81095) |
| v. | ) | **ORDER** |
| | ) | |
| SHERWOOD FARROW, | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

Sherwood Farrow, proceeding through counsel, has been granted certification from the United States Court of Appeals for the Fourth Circuit to pursue a second or successive motion to vacate, set aside, or correct sentence pursuant to 28 U. S. C. § 2255, seeking sentencing relief under Johnson v. United States, __U.S.__, 135 S. Ct. 2551 (2015). See ECF No. 115-116, Case No. 7:16CV81148 (civil case number assigned for administrative purposes only). Because the court is authorized to address only this certified § 2255 motion, it is hereby

**ORDERED**

that the prior, uncertified second or successive § 2255 motion (ECF No. 111) and other motions regarding that uncertified § 2255 motion (ECF Nos. 112 -114), filed before the Fourth Circuit's ruling, are **DISMISSED WITHOUT PREJUDICE** as moot, and the clerk shall **CLOSE** administrative Case No. 7:16CV81095. The court's consideration of Farrow's claims under § 2255 will go forward as to administrative Case No. 7:16CV81148.

ENTER: This 15th day of July, 2016.

/s/ Glen E. Conrad
Chief United States District Judge