CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 13 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 7:05CR00078 |
| | ) | (Civil Action No. 7:16CV81148) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| SHERWOOD FARROW, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Farrow's motion pursuant to 28 U.S.C. § 2255 (ECF No. 116) is **GRANTED**;

2. The government's motion to dismiss (ECF No. 119) is **DENIED**;

3. Farrow must be resentenced. A resentencing hearing shall be scheduled forthwith.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record. In addition, the Clerk is directed to close Civil Action No. 7:16CV81148 as all further action will occur in Farrow's criminal case.

**ENTER:** This 13th day of April, 2017.

/s/ Glen E. Conrad
Chief United States District Judge